UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>              Plaintiff,<br>v.<br><br>**Joseph S. Lanza; and Does 1-10,**<br><br>              Defendants. | Case No.: 2:14-CV-00217-JAM-DAD<br><br>**Order** |

## **ORDER**

Having read the foregoing stipulation, it is hereby ordered that:

1. The plaintiff's first, third and fourth causes of action be dismissed;

2. The Court enter final judgment in accordance with its minute order dated August 12, 2015 (ECF Entry 18); and

**3.** The pretrial conference currently set for October 9, 2015 and the trial date of November 9, 2015, are vacated from the calendar as unnecessary.

Dated: 9/24/2015                     /s/ John A. Mendez_____

                                                      Hon. John A. Mendez
                                                      United States District Court Judge